UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

ACCENTURE LLP; DEVIN S.

ANDERSON; KIRKLAND & ELLIS

LLP; META PLATFORMS, INC.;

AND CHRISTOPHER W. KEEGAN,

*Defendants.*

Case No. 6:26-cv-00286-AGM-DCI

## PLAINTIFF'S MOTION UNDER FED. R. CIV. P. 21
## TO DROP CERTAIN DEFENDANTS WITHOUT PREJUDICE

Plaintiff moves under Fed. R. Civ. P. 21 to drop Accenture LLP and Kirkland & Ellis LLP as parties to this action and states:

### RULE 21 STANDARD

1. The Court may "at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. Dropping parties under Rule 21 does not require amendment of the

operative pleading; the Court may order the parties dropped and direct the Clerk to conform the caption.

## REQUESTED RELIEF

2. To resolve the jurisdictional deficiency identified in the Court's Order to Show Cause (Doc. 11) and to streamline case management, Plaintiff requests an order that:

  a. **Drops** Accenture LLP and Kirkland & Ellis LLP as defendants **without prejudice** and with each side to bear its own fees and costs as to the dropped parties;

  b. **Directs the Clerk** to amend the caption to reflect the remaining defendants: Devin S. Anderson, Meta Platforms, Inc., and Christopher W. Keegan;

  c. **Clarifies** that dropping these parties does not strike factual allegations from the complaint; all allegations remain part of the record and the counts proceed only against the remaining defendants;

  d. **Denies as moot** any pending deadlines applicable solely to the dropped parties; and

  e. **Discharges** the Order to Show Cause upon entry of this Rule 21 order.

## DIVERSITY JURISDICTION UPON DROPPING PARTIES

3. Once Accenture LLP and Kirkland & Ellis LLP are dropped, the citizenship of the parties is as follows: Plaintiff is a citizen of Florida. Defendant Anderson is a citizen of Utah. Defendant Meta Platforms, Inc. is a citizen of Delaware and California. Defendant Keegan is a citizen of California. Complete diversity exists. The amount in controversy exceeds $75,000.

## PRESERVATION OF RIGHTS

4. This motion is without prejudice to Plaintiff's rights to pursue claims against the dropped parties in a separate action. No waiver is intended or implied.

## LOCAL RULE 3.01(g) CERTIFICATION

5. No defendant has appeared in this action as of the date of this filing. Accordingly, conferral under Local Rule 3.01(g) was not possible.

**Proposed Order.** A proposed order is submitted contemporaneously with this motion.

Date: February 19, 2026                                      Respectfully submitted,

*[signature]*

Marvelle J. Ballentine
Pro Se Plaintiff
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Telephone: (407) 794-6503
jayballentine@protonmail.com