FILED - USDC - FLMD - ORL
FEB 23 2026 PM1:46

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

Plaintiff,

v. Case No: 6:26-cv-286-AGM-DCI

ACCENTURE LLP, DEVIN S. ANDERSON,
KIRKLAND & ELLIS LLP,
META PLATFORMS, INC.
and CHRISTOPHER W. KEEGAN,

Defendants.
_____________________________________/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

**X** IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Ballentine v. Meta Platforms, Inc. et al.*, Case No. 6:26-cv-376-AGM-RMN (M.D. Fla.) — Pending

*Ballentine v. Meta Platforms, Inc.*, Case No. 3:25-cv-07671-CRB (N.D. Cal.) — Terminated February 17, 2026

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: February 23, 2026

[signature]

*Plaintiff, Pro Se*

Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy. #82
Kissimmee, FL 34747
(407) 794-6503

Defendant(s) Counsel of Record
*or Pro Se Party*
[Address and Telephone]