UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

    *Plaintiff,*

v.

DEVIN S. ANDERSON;
META PLATFORMS, INC.; and
CHRISTOPHER W. KEEGAN,

    *Defendants.*

Case No. 6:26-cv-00286

### NOTICE OF PENDENCY OF RELATED ACTION

Pursuant to Local Rule 1.07(c) of the United States District Court for the Middle District of Florida, Plaintiff Marvelle J. "Jay" Ballentine hereby notifies the Court of the pendency of a related action filed in state court.

### RELATED ACTION

On March 2, 2026, Plaintiff filed a Complaint for Damages in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida, captioned *Ballentine v. Accenture LLP., et al.*, Case No. 2026CA494 (the "State Action").

The State Action names as defendants Meta Platforms, Inc.; Accenture LLP; TaskUs, Inc.; Genpact USA, Inc.; Devin S. Anderson; Kirkland & Ellis LLP; and Christopher W. Keegan. The State Action asserts state-law tort claims—

including defamation, civil conspiracy, and intentional infliction of emotional distress—arising from the same underlying conduct at issue in this action: the publication of statements on a public federal docket asserting a "legitimate community standards violation" by Plaintiff without identifying any content, any standard, or any factual basis, and the subsequent post-filing communications directed to Plaintiff in Florida.

The State Action and this action share common questions of fact concerning the same parties and the same underlying events. Specifically, Defendants Devin S. Anderson, Meta Platforms, Inc., and Christopher W. Keegan are named in both actions, and the factual allegations in the State Action overlap with the factual allegations in this action.

This notice is filed to fulfill Plaintiff's continuing duty under Local Rule 1.07(c) to identify and describe related actions pending in this District or elsewhere.

Date: March 8, 2026                                                Respectfully submitted,

Marvelle J. "Jay" Ballentine
Plaintiff, pro se
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Telephone: (407) 794-6503
jayballentine@protonmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2026, I served a true and correct copy of the foregoing Notice of Pendency of Related Action by U.S. Mail, postage prepaid, on the following:

**Devin S. Anderson**
641 Vista View Ct
North Salt Lake, UT 84054

**Meta Platforms, Inc.**
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Dr, Ste 150N
Sacramento, CA 95833

**Christopher W. Keegan**
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104


Date: March 9, 2026

*/s/ Marvelle J. Ballentine*

Marvelle J. Ballentine
Plaintiff, *pro se*