# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARVELLE J. BALLENTINE,

    *Plaintiff,*

v.

DEVIN S. ANDERSON; META PLATFORMS, INC.; and CHRISTOPHER W. KEEGAN,

    *Defendants.*

Case No. 6:26-cv-00286-AGM-DCI

## CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING

Pursuant to the Standing Order Requiring Disclosure of Third-Party Litigation Funding entered on March 5, 2026 (Dkt. 21), Plaintiff Marvelle J. Ballentine, proceeding pro se, certifies as follows:

I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, I certify that Plaintiff Marvelle J. Ballentine has not received any third-party litigation funding at this time but I understand the continuing duty to supplement imposed by the Standing Order.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Date: March 9, 2026

Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Telephone: (407) 794-6503
jayballentine@protonmail.com