

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY" BALLENTINE,

    *Plaintiff,*

    v.                             Case No. 6:26-cv-00286-AGM-DCI

DEVIN S. ANDERSON, CHRISTOPHER W.
KEEGAN, and META PLATFORMS, INC.,

    *Defendants.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, a true and correct copy of the

Second Amended Complaint and all attachments was served on the following

party via email, as agreed by counsel:

**Meta Platforms, Inc.**

c/o Orrick, Herrington & Sutcliffe LLP

Michelle Visser (mvisser@orrick.com)

Sarah N. Davis (sdavis@orrick.com)

405 Howard Street

San Francisco, CA 94105-2669

Date: March 20, 2026                                        Respectfully submitted,



Marvelle J. Ballentine
Plaintiff, pro se
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com

2