# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARVELLE J. "JAY"
BALLENTINE,

        Plaintiff,                Case No. 6:26-cv-00286-AGM-DCI

    v.                                Judge Anne-Leigh Gaylord Moe

DEVIN S. ANDERSON, META
PLATFORMS, INC., and
CHRISTOPHER W. KEEGAN,

        Defendants.           /

## DEFENDANTS DEVIN S. ANDERSON AND CHRISTOPHER W. KEEGAN'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Pursuant to Local Rule 3.01(e) of the United States District Court for the Middle District of Florida, Defendants Devin S. Anderson and Christopher W. Keegan (collectively, "Defendants") move for leave to file a reply in support of their Motion to Dismiss All Claims Against Them ("Motion to Dismiss") (Dkt. No. 26). The requested reply would not exceed seven pages and would be filed by April 3, 2026. Plaintiff did not respond to Defendants' attempts to confer regarding this request.

Defendants respectfully request leave to file a reply in support of their Motion to Dismiss to correct several legal errors Plaintiff advances in his Opposition to Defendants Devin Anderson and Christopher Keegan's Motion to Dismiss (the

"Opposition") (Dkt. No. 29). Plaintiff also raises additional points in his Opposition regarding Defendants' litigation privilege defense and the merits of the underlying claims that Defendants should be allowed to respond to. Doing so will aid the Court's analysis by ensuring the issues are fully briefed before the Court issues its ruling. Thus, Defendants respectfully submit that a seven-page reply would allow Defendants to address these issues.

**WHEREFORE**, Defendants request that the Court enter an order granting Defendants leave to file a reply brief in support of their Motion to Dismiss (Dkt. No. 26) not exceeding seven pages and to be filed by April 3, 2026.

2

Dated: March 27, 2026                     Respectfully submitted,


By:   /s/ *Marianna C. Chapleau*
      Marianna C. Chapleau (FBN. 1059142)
      Ariel D. Deitchman (FBN. 118163)
      Patrick Malone (FBN. 1051725)
      KIRKLAND & ELLIS LLP
      Three Brickell City Centre
      98 S.E. 7th St., Suite 700
      Miami, FL 33131
      Tel: (305) 432-5600
      Fax: (305) 432-5601
      mchapleau@kirkland.com
      ariel.deitchman@kirkland.com
      patrick.malone@kirkland.com

      Lauren M. Spiwak (*pro hac vice
      forthcoming*)
      KIRKLAND & ELLIS LLP
      4550 Travis Street
      Dallas, TX 75205
      Tel: (214) 432-5042
      Fax: (214) 972-1771
      lauren.spiwak@kirkland.com

      *Counsel for Defendants Devin S. Anderson
      and Christopher W. Keegan.*

3

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendants certifies that counsel emailed Plaintiff on March 25, 2026 and March 27, 2026 to confer on this request, and Plaintiff did not respond to counsel's emails.

*/s/ Marianna C. Chapleau*
Marianna C. Chapleau

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2026, I electronically filed the foregoing through Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

/s/ Marianna C. Chapleau
Marianna C. Chapleau