**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY"
BALLENTINE,

        Plaintiff,               Case No. 6:26-cv-00286-AGM-DCI

    v.                     Judge Anne-Leigh Gaylord Moe

DEVIN S. ANDERSON, META
PLATFORMS, INC., and
CHRISTOPHER W. KEEGAN,

        Defendants.

_____/

## DEFENDANTS DEVIN S. ANDERSON AND CHRISTOPHER W. KEEGAN'S NOTICE OF RELATED ACTIONS

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a 'Notice of Related Action' identifying and describing any related action — either pending or closed — in the Middle District or elsewhere."

I certify that the above-captioned case:

☑    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

    (1) *Ballentine v. Meta Platforms, Inc., et al.*, Case No. 5:26-cv-00213-JEP-PRL, in the U.S. District Court, Middle District of Florida (removed from state court)

    (2) *Ballentine v. Meta Platforms, Inc., et al.*, Case No. 6:26-cv-00376-AGM-DCI, in the U.S. District Court, Middle District of Florida (currently pending)

(3) *Ballentine v. Meta Platforms, Inc., et al.*, Case No. 35-2026-CA-000494-AXXX-01, in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida (closed upon removal to federal court)

(4) *Ballentine v. Meta Platforms, Inc., et al.*, Case No. 3:25-cv-07671-CRB, U.S. District Court, Northern District of California (closed)

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Marianna C. Chapleau*
Marianna C. Chapleau (FBN. 1059142)
Ariel D. Deitchman (FBN. 118163)
Patrick Malone (FBN. 1051725)
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: 305 432-5600
Fax: 305 432-5601
mchapleau@kirkland.com
ariel.deitchman@kirkland.com
patrick.malone@kirkland.com

Lauren M. Spiwak (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Tel: (214) 432-5042
Fax: (214) 972-1771
lauren.spiwak@kirkland.com

*Counsel for Defendants Devin S. Anderson and Christopher W. Keegan*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 27, 2026, I electronically filed the foregoing through Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

*/s/ Marianna C. Chapleau*
Marianna C. Chapleau
