**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY"
BALLENTINE,

       Plaintiff,                Case No. 6:26-cv-00286-AGM-DCI

    v.                        Judge Anne-Leigh Gaylord Moe

DEVIN S. ANDERSON, META
PLATFORMS, INC., and
CHRISTOPHER W. KEEGAN,

       Defendants.

_____/

## MOTION FOR SPECIAL ADMISSION

Lauren M. Spiwak, Esquire, moves for special admission to represent Defendants Devin S. Anderson and Christopher W. Keegan in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Southern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Lauren M. Spiwak*
Lauren M. Spiwak
New York State Bar No. 6093033
Texas State Bar No. 24147251
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: 214 432-5042
Fax: 214 972-1771
lauren.spiwak@kirkland.com

*Attorney for Defendants Devin S. Anderson and Christopher S. Keegan*

2

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Devin S. Anderson and Christopher W. Keegan certifies that counsel emailed Plaintiff on March 18, 2026, March 25, 2026, and March 27, 2026 to confer on this request, and Plaintiff did not respond to counsel's emails.

/s/ *Marianna C. Chapleau*
Marianna C. Chapleau
LEAD COUNSEL
Florida Bar No. 1059142
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Telephone: 305 432-5687
Fax: 305 432-5601
mchapleau@kirkland.com

*Attorney for Defendants Devin S. Anderson and Christopher W. Keegan*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2026, I electronically filed the foregoing through Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

/s/ *Marianna C. Chapleau*
Marianna C. Chapleau