**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY"
BALLENTINE,

        Plaintiff,                  Case No. 6:26-cv-00286-AGM-DCI

    v.                           Judge Anne-Leigh Gaylord Moe

DEVIN S. ANDERSON,
META PLATFORMS, INC., and
CHRISTOPHER W. KEEGAN,

        Defendants.

_____/

**DEFENDANTS DEVIN S. ANDERSON AND**
**CHRISTOPHER W. KEEGAN'S CERTIFICATION OF**
**NO THIRD-PARTY LITIGATION FUNDING**

Defendants Devin S. Anderson and Christopher W. Keegan (collectively, "Defendants"), by and through their undersigned counsel, hereby file their Certification of No Third-Party Litigation Funding in compliance with the Court's Standing Order Requiring Disclosure of Third-Party Litigation Funding (Dkt. 21) entered on March 5, 2026.

I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, I certify that Defendants have not received any third-party litigation funding at this time, but I understand the continuing duty to supplement imposed by the Standing Order.

In the interest of full disclosure and compliance, while it is not third-party litigation funding in the traditional sense, Defendants' law firm, Kirkland & Ellis LLP will cover Defendants' defense costs.

Dated: March 30, 2026       Respectfully Submitted,

*/s/Marianna C. Chapleau*
Marianna C. Chapleau
*LEAD COUNSEL*
Florida Bar No. 1059142
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: 305 432-5687
Fax: 305 432-5601
mchapleau@kirkland.com

*Counsel for Defendants Devin S. Anderson and*
*Christopher W. Keegan*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2026, I electronically filed the foregoing through Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

/s/ *Marianna C. Chapleau*
Marianna C. Chapleau, Esq.

3