**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. BALLENTINE,

      Plaintiff,

                        Case No. 6:26-cv-00286-AGM-DCI

  v.

                        Judge Anne-Leigh Gaylord Moe

DEVIN S. ANDERSON;
META PLATFORMS, INC.; and
CHRISTOPHER W. KEEGAN,

      Defendants.

_____/

**DEFENDANTS ANDERSON AND KEEGAN'S**
**TIME-SENSITIVE MOTION FOR PROTECTIVE ORDER**

Defendants Devin Anderson and Christopher Keegan respectfully seek a protective order temporarily staying discovery pending the resolution of Defendants' motion to stay. This motion must be decided by April 24 because Plaintiff noticed Anderson's deposition on April 28, 2026.

Plaintiff first sued Accenture in the Northern District of California. *Ballentine v. Meta Platforms, Inc.*, Case No. 3:25-cv-07671-CRB (N.D. Cal. Sept. 9, 2025). After Accenture briefed two dismissal motions, Plaintiff voluntarily dismissed and refiled his claims in this Court. *Ballentine v. Accenture LLP et al.*, Case No. 6:26-cv-00376-AGM-DCI (M.D. Fla. Feb. 17, 2026). Plaintiff then sued Defendants—Accenture's counsel in the California action—in this Court and in state court based on Defendants'

statements in pleadings and related litigation conduct.  Plaintiff  sent countless notices to judicial and legislative bodies regarding the parties' and courts' conduct, and continues to assert new claims against Defendants arising from normal-course litigation conduct as Defendants continue to defend Accenture and themselves in court.  *See, e.g.*, Ex. 1.

Here, Defendants moved to dismiss the claims against them, in part based on Florida's litigation privilege.  That motion is fully briefed and remains pending.  Dkts. 26, 42.  In the meantime, Plaintiff moved this Court to allow the "Rule 26(f) conference be conducted by written exchange" on an expedited timeline.  Dkt. 28. Although that motion remains pending, Plaintiff has tried to effectuate the requested relief by refusing to respond to Defendants' proposed discovery schedule, summarily announcing the Rule 26(f) conference "closure," and then immediately noticing a deposition of Anderson. Ex. 2; Ex. 3.  Because there has been no Rule 26(f) conference and given Defendants' dismissal arguments, Defendants moved to stay discovery pending a ruling on their dismissal motion and now seek this protective order.

Rule 26(c)(1) authorizes courts to issue protective orders "for good cause" to protect a party from "annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1).

Plaintiff seeks a deposition of Anderson—Accenture's counsel in the California action—regarding statements Anderson made on behalf of Accenture in pleadings. These statements are protected by the litigation privilege, which provides "absolute immunity" to litigation conduct. *Cherdak v. Cottone*, 2023 WL 2044608, at *4 (M.D.

Fla. Feb. 16, 2023).  Anderson should not be subjected to any discovery, let alone a deposition, "until the issue of immunity is resolved." *Duarte v. Rivera*, 2025 WL 4061387, at *2 (M.D. Fla. Oct. 21, 2025); *see also Howe v. City of Enter.*, 861 F.3d 1300, 1302 (11th Cir. 2017) ("[I]mmunity is a right not to be subjected to litigation beyond the point at which immunity is asserted.").  Plaintiff also failed to plausibly allege any claim against Defendants such that allowing him to proceed with discovery now "encourages abusive discovery and … imposes unnecessary costs," particularly where Plaintiff does not need discovery before the Court rules on the dismissal motion. *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367–68 (11th Cir. 1997).

The Court should issue a protective order temporarily staying discovery pending the Court's ruling on the stay motion.

3

Dated: April 21, 2026

Respectfully submitted,

By:  /s/ *Marianna Chapleau*

Marianna C. Chapleau (FBN. 1059142)
Patrick Malone (FBN. 1051725)
KIRKLAND & ELLIS LLP
Three Brickell City Centre,
98 S.E. 7th St., Suite 700
Miami, FL 33131
Tel: (305) 432-5600
Fax: (305) 432-5601
mchapleau@kirkland.com
patrick.malone@kirkland.com

*Counsel for Defendants Devin S. Anderson and Christopher W. Keegan*

4

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g) and Magistrate Judge Daniel C. Irick's Order on Discovery Motions (Dkt. 13), counsel for Defendants Devin S. Anderson and Christopher W. Keegan conferred with Plaintiff telephonically on April 14, 2026. Plaintiff opposes the relief sought in this motion.

*/s/ Marianna Chapleau*
Marianna Chapleau

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2026, I electronically filed the foregoing

through the Middle District of Florida's CM/ECF System, which will serve Notice of

Filing on all counsel of record.  I also certify that I caused a true and correct copy of

this motion to be served via FedEx to Plaintiff at the address below:

Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy.
#82
Kissimmee, FL 34747
jayballentine@protonmail.com

> */s/ Marianna Chapleau*
> Marianna Chapleau

6