**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. BALLENTINE,

    *Plaintiff,*

    v.              Case No. 6:26-cv-00286-AGM-DCI

DEVIN S. ANDERSON; META PLATFORMS, INC.; and
CHRISTOPHER W. KEEGAN,

    *Defendants.*

## PLAINTIFF'S MOTION TO WITHDRAW PRIOR OPPOSITION TO DEFENDANTS' TIME SENSITIVE MOTION FOR PROTECTIVE ORDER (DKT. 50)

Plaintiff Marvelle J. Ballentine respectfully moves this Court for leave to withdraw Plaintiff's prior Opposition to Defendants' Time Sensitive Motion for Protective Order (Dkt. 50). The prior Opposition exceeded the 500-word limit set forth in this Court's Standing Order on Discovery Motions (Dkt. 13). Plaintiff has concurrently filed a Re-Filed Opposition that conforms with the 500-word limit. The Re-Filed Opposition supersedes the prior filing.

Plaintiff respectfully requests that the Court grant this motion and treat the concurrently filed Re-Filed Opposition as Plaintiff's operative opposition.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Plaintiff states that this motion addresses and resolves the concern raised by counsel for Defendants via email on April 23, 2026.

Date: April 24, 2026                                        Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court, which will serve notice on all counsel of record via the Middle District of Florida's CM/ECF System.

.

Marvelle J. Ballentine