**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. BALLENTINE,

  *Plaintiff,*

    v.                                    Case No. 6:26-cv-00286-AGM-DCI

DEVIN S. ANDERSON; META PLATFORMS, INC.;
and CHRISTOPHER W. KEEGAN,

  *Defendants.*

## PLAINTIFF'S TIME-SENSITIVE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiff Marvelle J. Ballentine, proceeding *pro se*, respectfully moves under Federal Rule of Civil Procedure 15(a)(2) for leave to file a Third Amended Complaint.

### I.    BASIS FOR TIME-SENSITIVE DESIGNATION

1.    Plaintiff designates this motion time-sensitive under Local Rule 3.01(f). Two motions directed at the Second Amended Complaint (Dkt. 20) are pending: the motion to dismiss filed by Defendants Anderson and Keegan (Dkt. 26), which is fully briefed (Dkts. 29, 42), and Meta Platforms, Inc.'s motion to dismiss (Dkt. 44). Plaintiff's response to Dkt. 44 is due May 8, 2026 (Dkt. 48). An order granting leave to file the proposed Third Amended Complaint supersedes the Second Amended Complaint and moots Dkts. 26 and 44. See *Lowery v. Alabama*

*Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007); *Wimberly v. Broome*, 522 F. App'x 651, 652 (11th Cir. 2013). Resolution of this motion before the May 8 deadline conserves party and judicial resources. Chambers has been notified of this filing as required by Local Rule 3.01(f).

2.    The operative pleading is the Second Amended Complaint (Dkt. 20), filed March 4, 2026. The proposed Third Amended Complaint adds factual allegations concerning conduct by Defendants that postdates the operative pleading, including conduct on and after March 25, 2026, in support of the existing defamation, civil conspiracy, and intentional infliction of emotional distress claims. No new causes of action are added. No new parties are added.

3.    Rule 15(a)(2) provides that the Court "should freely give leave when justice so requires." Leave should be denied only upon a showing of undue delay, bad faith, repeated failure to cure, undue prejudice, or futility. *Foman v. Davis*, 371 U.S. 178, 182 (1962). In the Eleventh Circuit, the opposing party bears the burden of demonstrating a substantial reason for denial. *Forbus v. Sears, Roebuck & Co.*, 30 F.3d 1402, 1405 (11th Cir. 1994). Pro se pleadings are held to a less stringent standard and should be liberally construed. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007); *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

4.    None of the *Foman* factors supports denial. The proposed amendment addresses conduct that postdates the SAC and therefore could not have been included in the operative pleading. No prior amendment has been denied. The case

remains in its early stages: two motions to dismiss are pending (Dkts. 26, 44), no scheduling order has been entered, and no discovery cutoff has been set.

5.     Upon entry of an order granting leave, Plaintiff will file the Third Amended Complaint and serve all parties under Rule 5(b)(2).

Date: May 4, 2026                                 Respectfully submitted,

                                                  Marvelle J. Ballentine
                                                  Plaintiff, *pro se*
                                 7862 W. Irlo Bronson Memorial Hwy, #82
                                                  Kissimmee, FL 34747
                                          jayballentine@protonmail.com

## LOCAL RULE 3.01(g) CERTIFICATION

On April 22, 2026, Plaintiff conferred with counsel for Defendants regarding this motion by written correspondence. Counsel responded that Defendants could not state a position without first receiving the proposed amended pleading. No rule of this Court requires pre-filing disclosure of a proposed amended pleading. The conferral occurred by email. The motion is opposed to the extent Defendants have not consented to the relief sought.

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

Marvelle J. Ballentine
Plaintiff, *pro se*
7862 W. Irlo Bronson Memorial Hwy, #82
Kissimmee, FL 34747
jayballentine@protonmail.com