UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

   *Plaintiff,*

         v.                                    Case No. 6:26-cv-00286-AGM-DCI

DEVIN S. ANDERSON;
CHRISTOPHER W. KEEGAN; and
META PLATFORMS, INC.,

   *Defendants.*

## PLAINTIFF'S LIMITED RESPONSE TO META PLATFORMS, INC.'S

## MOTION TO DISMISS

Plaintiff Marvelle J. Ballentine, pro se, files this limited response to Meta

Platforms, Inc.'s Motion to Dismiss, Dkt. 44. Plaintiff's response is due today,

May 8, 2026. Dkt. 48.

Plaintiff is contemporaneously filing a Time-Sensitive Motion to Drop

Defendants Meta Platforms, Inc. and Christopher W. Keegan Under Rule 21 and

for Leave to File a Narrowed Third Amended Complaint Under Rule 15(a)(2). The

proposed amendment would proceed only against Defendant Devin S. Anderson

on one count for defamation and would remove Meta from this action.

Plaintiff respectfully requests that the Court:

1.    Deny Meta's Motion to Dismiss, Dkt. 44, as moot upon entry of an order dropping Meta under Rule 21 and granting leave to file the narrowed Third Amended Complaint;

2.    In the alternative, defer ruling on Meta's Motion to Dismiss until the Court resolves Plaintiff's contemporaneously filed Rule 21 and Rule 15 motion; or

3.    In the further alternative, dismiss Meta without prejudice, because Plaintiff no longer seeks to pursue claims against Meta in this action.

Plaintiff does not concede Meta's arguments and does not waive any position concerning pleading sufficiency, jurisdiction, service, or the merits. Plaintiff narrows the action to avoid adjudication of issues no longer presented by the proposed pleading.

Date: May 8, 2026                                          Respectfully submitted,

                                                      Marvelle J. Ballentine
                                                      Plaintiff, *pro se*
                                          7862 W. Irlo Bronson Memorial Hwy, #82
                                                      Kissimmee, FL 34747
                                              jayballentine@protonmail.com

2

## CERTIFICATE OF SERVICE

I certify that on May 8, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Marvelle J. Ballentine