# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 19, 2026

Marvelle J. Ballentine
2100 THOUSAND TRAILS RD
CLERMONT, FL 34714

Appeal Number:  26-11228-J
Case Style:  In re: Marvelle Ballentine
District Court Docket No:  6:26-cv-00286-AGM-DCI

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as the mandate of this court. See 11th Cir. R. 41-4.

Clerk's Office Phone Numbers
General Information:    404-335-6100        Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135        Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125        Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

PRO-8 Ltr Entry of Dismissal Mandamus

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 26-11228-J

_____

In re: MARVELLE J. BALLENTINE,
a.k.a. Jay,

                                            Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the
Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this petition is hereby DISMISSED for want of prosecution because the Petitioner Marvelle J. Ballentine failed to pay the filing and docketing fees to the clerk of this court or file a motion to proceed in forma pauperis within the time fixed by the rules.

Effective May 19, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION