# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARVELLE J. BALLENTINE,

    *Plaintiff,*

       v.                        Case No. 6:26-cv-00286-AGM-DCI

DEVIN S. ANDERSON; META PLATFORMS, INC.;
and CHRISTOPHER W. KEEGAN,

    *Defendants.*

## DECLARATION OF MARVELLE J. BALLENTINE IN SUPPORT OF

## MOTION FOR EXTENSION OF TIME

I, Marvelle J. Ballentine, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and proceed pro se. I make this declaration on personal knowledge.

2. On May 27, 2026, the Court entered a Standing Order Requiring Disclosure of the Use of Artificial Intelligence (Dkt. 70).

3. Section VIII requires that, within ten days of entry, I submit a Certification of Compliance with Rule 11 as to prior filings, attesting either that artificial intelligence was not used or that I personally reviewed every authority cited in the filing. The deadline is June 5, 2026.

4. The order does not identify any deficiency in any filing I have submitted in this action. It does not identify any authority cited in my filings that was misstated, miscited, or nonexistent. It does not name me.

5. To attest under penalty of perjury that I personally reviewed an authority, I must, for each authority cited: locate the decision in full text; read it in its entirety; confirm that the proposition for which it was cited is supported by its holding; and confirm that the decision has not been reversed, vacated, abrogated, or superseded.

6. The filings within the scope of Section VIII collectively cite numerous authorities. Each must be reviewed individually. The review described in Paragraph 5 cannot be performed for several authorities at once.

7. I am the Plaintiff in this action and in Case No. 6:26-cv-00376-AGM-DCI, which proceeds concurrently. Deadlines in that matter fall within the same ten-day period and require their own research, drafting, and filing.

8. I have no administrative, clerical, paralegal, or co-counsel support. I perform every step myself. I do not hold electronic filing privileges in this District. I file each document on paper at the Clerk's window, which requires travel to and from the courthouse for each filing.

9. I earn the income through which my household's recurring financial obligations are paid, and I carry day-to-day responsibility for my family. Each requires my time daily and cannot be deferred. The personal review described in Paragraphs 5 and 6 requires time that, within the ten-day period the order

allows, I can obtain only by withdrawing it from the work through which I earn that income, from the care of my family, or from the deadlines in the concurrent matter. Since entry of the order, the threshold steps of that review have already required me to do so.

10. I am able to complete the personal review that a truthful Section VIII certification requires. I cannot complete it, truthfully and under oath, by June 5, 2026.

11. I request forty-five additional days, through July 20, 2026, to perform that review and submit a truthful certification.

12. I make this request in good faith and not for delay. I have not previously requested any extension of the Section VIII deadline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 2, 2026

Marvelle J. Ballentine
Plaintiff, *pro se*

3