UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

       Plaintiff,

       v.

DEVIN S. ANDERSON, META
PLATFORMS, INC., and
CHRISTOPHER W. KEEGAN,

       Defendants.

_____/

Case No. 6:26-cv-00286-AGM-DCI

Judge Anne-Leigh Gaylord Moe

## DEFENDANTS DEVIN S. ANDERSON AND CHRISTOPHER W. KEEGAN'S CERTIFICATION OF COMPLIANCE WITH RULE 11

Defendants Devin S. Anderson and Christopher W. Keegan, by and through their undersigned counsel, hereby file their Certification of Compliance with Rule 11, as required by the Court's Standing Order Requiring Disclosure of the Use of Artificial Intelligence (Dkt. No. 70).

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries 24, 25, 26, 33, 34, 35, 38, 42, 49, 50, 58, 61, 62, 63, 65, and 69,[1] by my signature below, I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the

_____

[1] Docket entry 65 was a joint filing that was filed by co-defendant's counsel. While I did not personally file this docket entry, I have reviewed it for compliance with the Court's Standing Order.

filings or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filings.

Dated: June 4, 2026                             Respectfully submitted,

                                                */s/ Marianna C. Chapleau*
                                                Marianna C. Chapleau (FBN. 1059142)
                                                Patrick Malone (FBN. 1051725)
                                                KIRKLAND & ELLIS LLP
                                                830 Brickell Plaza
                                                Miami, FL 33131
                                                Telephone: 305 432-5600
                                                Fax: 305 432-5601
                                                mchapleau@kirkland.com
                                                patrick.malone@kirkland.com

                                                *Counsel for Defendants Devin S. Anderson
                                                and Christopher W. Keegan*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2026, I electronically filed the foregoing through the Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

/s/ *Marianna C. Chapleau*
Marianna C. Chapleau