## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARVELLE J. "JAY" BALLENTINE

    Plaintiff,

    v.

DEVIN S. ANDERSON; META PLATFORMS, INC.; and CHRISTOPHER W. KEEGAN

    Defendants.

Case No 6:26-cv-00286-AGM-DCI

Judge Anne-Leigh Gaylord Moe

## DEFENDANT META PLATFORMS, INC.'S CERTIFICATE OF COMPLIANCE WITH RULE 11

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries 43, 44, and 65, by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.

Respectfully submitted,


Dated: June 8, 2026                ORRICK, HERRINGTON & SUTCLIFFE LLP

                    By:     /s/ *Diana Marie Fassbender*
                            DIANA MARIE FASSBENDER (BN 17095)
                            dszego@orrick.com
                            215 NW 24th Street
                            Suite 200
                            Miami, FL 33127
                            Telephone: (202) 339-8533
                            Facsimile: (202) 339-8500


                            *Attorneys for Defendant*
                            *Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, and served the

foregoing via Email and U.S. Mail to:

Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
jayballentine@protonmail.com
yglazman.litigation@protonmail.com

s/ *Diana Marie Fassbender*
DIANA MARIE FASSBENDER