# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARVELLE J. BALLENTINE,

      Plaintiff,

          Case No. 6:26-cv-00286-AGM-DCI

      v.

          Judge Anne-Leigh Gaylord Moe

DEVIN S. ANDERSON, META
PLATFORMS, INC., and
CHRISTOPHER W. KEEGAN,

      Defendants.

_____ /

## DEFENDANTS DEVIN S. ANDERSON AND CHRISTOPHER W. KEEGAN'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE (DKT NO. 73)

Defendants Devin S. Anderson and Christopher W. Keegan do not object to transfer of this action to the Ocala Division of the Middle District of Florida.

Dated: June 12, 2026      Respectfully submitted,

          */s/ Marianna C. Chapleau*
          Marianna C. Chapleau (FBN. 1059142)
          Patrick Malone (FBN. 1051725)
          KIRKLAND & ELLIS LLP
          830 Brickell Plaza
          Miami, FL 33131
          Telephone: 305 432-5600
          Fax: 305 432-5601
          mchapleau@kirkland.com
          patrick.malone@kirkland.com

          *Counsel for Defendants Devin S. Anderson and Christopher W. Keegan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2026, I electronically filed the foregoing through the Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

/s/ *Marianna C. Chapleau*
Marianna C. Chapleau