# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARVELLE J. BALLENTINE,

      Plaintiff,

    v.                                                                  Case No.: 6:26-cv-00286-AGM-DCI

DEVIN S. ANDERSON, META
PLATFORMS, INC., AND
CHRISTOPHER W. KEEGAN,

      Defendants.

_____

## ORDER

THIS CAUSE comes before the Court upon *sua sponte* review of the file. The Court entered an Order directing the Parties to show cause why this case should not be transferred to the Ocala Division of the Middle District of Florida. (See Doc. # 73.) Defendants Devin S. Anderson and Christopher W. Keegan responded that they do not object to transfer. (See Doc. # 75.) Defendant Meta Platforms, Inc. and Plaintiff Marvelle J. Ballentine did not respond and the time to do so has expired. This case is due to be transferred to the United States District Court for the Middle District of Florida, Ocala Division.

Under 28 U.S.C. § 1406(a), a court must dismiss a case if it is filed in the "wrong division or district," or, if it is "in the interest of justice," transfer the case to a district or division where it could have been brought. A district court may raise the issue of defective venue *sua sponte*. *See Tazoe v. Airbus S.A.S.,* 631 F.3d 1321, 1336 (11th Cir. 2011); *see also* 28 U.S.C. § 1406(a) (directing a district court to dismiss or transfer an action to an appropriate venue if it determines that the action was filed in the wrong district). Further, Local Rule

1.04(b) requires that a "party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced."

The pleadings contain only one venue allegation, and it links this action to the Ocala Division. Mr. Ballentine alleges that he is domiciled in Clermont, Lake County, Florida. Lake County is in the Ocala Division of the Middle District of Florida. See Local Rule 1.04(a). Thus, this case should have been initiated in the Ocala Division of this Court, and Mr. Ballentine failed to show cause to the contrary.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that

1. This case is transferred to the United States District Court, Middle District of Florida, Ocala Division, for all further proceedings; and

2. The Clerk is directed to immediately transfer this case to the United States District Court, Middle District of Florida, Ocala Division.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on this June 26, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**
Counsel of Record
Plaintiff, Pro se

2